■ AMERICAN TOTALISATOR COMPANY, INC., et al., Appellants-Respondents, v. WESTERN REGIONAL OFF-TRACK BETTING CORPORATION et al., Respondents-Appellants, and CONTROL DATA CORPORATION, Appellant-Respondent.— Appeals unanimously dismissed, without costs (see *American Totalisator Co.* v. *Western Regional Off-Track Betting Corp.*, 44 A D 2d 750, decided herewith). (Appeals from order of Erie Special Term modifying and supplementing order entered November 26, 1973.) Present — Marsh, P. J., Moule, Cardamone, Mahoney and Del Vecchio, JJ.

■ THE PEOPLE OF THE STATE OF NEW YORK, Petitioner, v. SUPREME COURT OF THE STATE OF NEW YORK et al., Respondents.— Order of prohibition unanimously denied, without costs, petition dismissed and stay vacated, upon the opinion at Special Term, Moore, J. (Application for judgment prohibiting enforcement of order of Erie Supreme Court requiring delivery of statements and materials.) Present — Marsh, P. J., Witmer, Mahoney, Goldman and Del Vecchio, JJ.